AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Suddaby, Glenn T. | 2. Court or Organization<br><br>Northern District of New York | 3. Date of Report<br><br>07/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

100 South Clinton Street
3rd Floor
Syracuse, New York 13261-7198

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | NYS & Local Employees Retirement System- Monthly Retirement payment | $22,382.00 |
| 2. 2017 | NYS Teachers' Retirement System (Pension) | $38,844.00 |
| 3. 2017 | OFI Global Trust c/o Oppenheimer Find Services (IRA) | $30,326.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA -Cash account | A | Dividend | J | T | | | | | |
| 2. Wells Fargo-IRA 53shs ABBVIE,INC | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 3. Wells Fargo IRA-36shs ALTRIA GROUP, INC | A | Dividend | J | T | Sold (part) | 05/01/17 | J | A | |
| 4. Wells Fargo-IRA- 60shs AMERICAN ELECTRIC POWER INC | A | Dividend | J | T | Buy (add'l) | 09/08/17 | J | | |
| 5. Wells Fargo-IRA- 116shs AT&T | A | Dividend | J | T | Buy (add'l) | 09/07/17 | J | | |
| 6. Wells Fargo-IRA 116shs AT&T ( continued) | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 7. Wells Fargo-IRA-107shs CISCO SYSTEMS INC | A | Dividend | J | T | | | | | |
| 8. Wells Fargo-IRA- 0shs CONAGRA FOODS INC | A | Dividend | | | Sold | 08/23/17 | J | A | |
| 9. Wells Fargo-IRA-16shs DIAGO PLC | A | Dividend | J | T | Sold (part) | 10/08/17 | J | A | |
| 10. Wells Fargo-IRA- 55shs DOMINION RES INC | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 11. Wells Fargo-IRA- 45shs DOVER CORP | A | Dividend | J | T | | | | | |
| 12. Wells Fargo-IRA-80shs DU PONT E.I. | A | Dividend | J | T | | | | | |
| 13. Wells Fargo-IRA-44shs EXXON | A | Dividend | J | T | Buy (add'l) | 09/07/17 | J | | |
| 14. Wells Fargo- IRA-0shs GE | A | Dividend | J | T | Buy (add'l) | 09/07/17 | J | | |
| 15. Wells Fargo-IRA-0shs GE (continued) | A | Dividend | | | Sold | 10/13/17 | J | A | |
| 16. Wells Fargo-IRA- 0shs GE | A | Dividend | J | T | Buy (add'l) | 04/21/17 | J | | |
| 17. Wells Fargo-IRA-0shs GE (continued) | A | Dividend | | | Sold | 10/13/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo-IRA- 27shs GENL DYNAMICS CORP | A | Dividend | J | T | Sold (part) | 10/18/17 | J | | |
| 19. Wells Fargo-IRA 49shs GENUINE PARTS CO | A | Dividend | J | T | Buy (add'l) | 09/17/17 | J | | |
| 20. Wells Frago-IRA 49shs GENUINE PARTS (continued) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 21. Wells Fargo-IRA- 0shs GLAXOSMITHKLINE PLC | A | Dividend | | | Sold | 12/15/17 | J | A | |
| 22. Wells Fargo-IRA-34shs HASBRO, INC | A | Dividend | J | T | | | | | |
| 23. Wells Fargo-IRA- 46shs HOME DEPOT INC | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 24. Wells Fargo-IRA- 36shs ILLINOIS TOOL WORKS INC | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 25. Wells Fargo-IRA- 130shs INTEL CORP | A | Dividend | J | T | | | | | |
| 26. Wells Fargo-IRA-25shs IBM | A | Dividend | J | T | | | | | |
| 27. Wells Fargo- IRA 60shs INTERNATIONAL PAPER CO | A | Dividend | J | T | | | | | |
| 28. Wells Fargo-IRA- 44shs JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 29. Wells Fargo-IRA-44shs JOHNSON & JOHNSON (continued) | A | Dividend | J | T | Buy (add'l) | 12/06/17 | J | | |
| 30. Wells Fargo-IRA- 51shs JPMORGAN CHASE & CO | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 31. Wells Fargo-IRA- 30shs KIMBERLY-CLARK CORP | A | Dividend | J | T | | | | | |
| 32. Wells Fargo-IRA 25shs LOCKHEED MARTIN CORP | A | Dividend | J | T | | | | | |
| 33. Wells Fargo-IRA- 19shs M&T BANK CORP | A | Dividend | J | T | | | | | |
| 34. Wells Fargo-IRA- 66shs MAXIM INTEGRATED PRODS | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo-IRA- 24shs MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 36. Wells Fargo-IRA- 58shs MICROCHIP TECHNOLOGY INC | A | Dividend | J | T | | | | | |
| 37. Wells Fargo-IRA- 63shs MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 38. Wells Frago-IRA-27shs NEXTERA ENERGY INC | A | Dividend | J | T | | | | | |
| 39. Wells Fargo-IRA-46 shs NUCOR CORP | A | Dividend | J | T | | | | | |
| 40. Wells Fargo-IRA- 209 shs PEOPLE"S UNITED FINANCL | A | Dividend | J | T | | | | | |
| 41. Wells Fargo-IRA- 28shs PEPSICO INCORPORATED | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 42. Wells Fargo-IRA- 159shs PFIZER INCORPORATED | A | Dividend | J | T | Buy (add'l) | 12/05/17 | J | | |
| 43. Wells Fargo-IRA- 38shs PHILLIPS 66 | A | Dividend | J | T | | | | | |
| 44. Wells Fargo-IRA- 49shs PROCTOR & GAMBLE CO | A | Dividend | J | T | Buy (add'l) | 05/01/17 | J | | |
| 45. Wells Fargo-IRS- 0shs SONOCO PRODUCTS CO | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 46. Wells Fargo-IRA 76shs THE SOUTHERN COMPANY | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 47. Wells Fargo-IRA-45shs TARGET | A | Dividend | J | T | Buy | 12/13/17 | J | | |
| 48. Wells Fargo-IRA- 41shs UNITED PARCEL SERVICE-B | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 49. Wells Fargo-IRA- 85shs US BANCORP NEW USB | A | Dividend | J | T | Sold (part) | 10/18/17 | J | A | |
| 50. Wells Frago-IRA- 76shs VERIZON COMMUNICATIONS | A | Dividend | J | T | | | | | |
| 51. Wells Fargo-IRA-39shs WALGREEN BOOTS ALLIANCE INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo-IRA 44shs WASTE MGMT INC DEL | A | Dividend | J | T | | | | | |
| 53. Wells Fargo-IRA-74 shs WELLTOWER | A | Dividend | J | T | Buy (add'l) | 04/26/17 | J | | |
| 54. Wells Fargo-IRA-74shs WELLTOWER(continued) | A | Dividend | J | T | Buy (add'l) | 12/11/17 | J | | |
| 55. Oppenheimer Funds-0shs Capital Appreciation Fund-A | C | Dividend | | | Sold | 08/03/17 | K | C | |
| 56. Wells Fargo IRA- Cash account | A | Int./Div. | J | T | | | | | |
| 57. Wells Fargo-IRA-294sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 03/16/17 | J | | |
| 58. Wells Fargo-IRA-294sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 06/15/17 | J | | |
| 59. Wells Fargo-IRA-294sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 60. Wells Fargo-IRA-294sh CAPITAL INCOME BLDR CL A | A | Dividend | K | T | Buy (add'l) | 12/26/17 | J | | |
| 61. Wells Fargo-IRA- 551shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 03/16/17 | J | | |
| 62. Wells Fargo-IRA- 551shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 06/15/17 | J | | |
| 63. Wells Fargo-IRA- 551shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 09/14/17 | J | | |
| 64. Wells Fargo-IRA- 551shs CAPITAL WORLD GROWTH & INCOME FD | B | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |
| 65. Wells Fargo-IRA-662shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 03/16/17 | J | | |
| 66. Wells Fargo-IRA-662shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 06/15/17 | J | | |
| 67. Wells Fargo-IRA-662shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 06/18/17 | J | | |
| 68. Wells Fargo-IRA-662shs FUNDAMENTAL INVS INC CLASS A | B | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo-IRA-1223shs NEW PESEPECTIVE FD A | B | Dividend | L | T | Buy (add'l) | 12/22/17 | J | | |
| 70. Wells Fargo-IRA-261shs NEW WORLD FUND CLASS A | A | Dividend | K | T | Buy (add'l) | 12/22/17 | J | | |
| 71. Wells Fargo-IRA- 352shs SMALLCAP WORLD FD A | A | Dividend | K | T | Buy (add'l) | 12/21/17 | J | | |
| 72. Wells Fargo-IRA-398shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 03/20/17 | J | | |
| 73. Wells Fargo-IRA-398shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 06/19/17 | J | | |
| 74. Wells Fargo-IRA-398shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 09/18/17 | J | | |
| 75. Wells Fargo-IRA-398shs WASH MUTUAL INVS FD INC CLASS A | A | Dividend | K | T | Buy (add'l) | 12/19/17 | J | | |
| 76. NYS 529 Plan-Vanguard Moderate Age Based Option-no control | A | Dividend | | | Sold | 01/01/17 | J | A | |
| 77. NW Mutual Life (Whole Life Policy) | A | Dividend | M | T | | | | | |
| 78. Key Investment Services-FDIC Variable rate deposit | A | Int./Div. | J | T | Sold (part) | 12/31/17 | J | A | |
| 79. Key Privilege Select Checking (X) | A | Int./Div. | J | T | Sold (part) | 12/31/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Suddaby, Glenn T. | 07/15/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Glenn T. Suddaby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544